K. & S. Manufacturing Company, appellee, v. William R. Johnston Manufacturing Company, appellant. Gen. No. 28,400.

Vendor's action for price of wood frames. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Thomas J. Peden, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed November 27, 1923. Rehearing denied December 8, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Loucks, Eckert & Peterson, for appellant. Brown, Brown & Brown, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Emanuel M. Rosenthal, appellee, v. Henry L. Newhouse, appellant. Gen. No. 28,413.

Injunction against interference with possession of part of apartment, let on lease. Petition of complainant granted. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed November 27, 1923. Rehearing denied December 8, 1923.

Mergentheim, Altheimer & Mayer, for appellant; Morton A. Mergentheim, of counsel. D'Ancona & Pflaum, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

M. J. Miller, appellee, v. Chicago Automatic Conveyor Company, appellant. Gen. No. 28,522.

Action of debt on foreign judgment. Judgment for plaintiff by default. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed November 27, 1923.

John W. Morsbach, for appellant. Baker, Holder & Schmidt, for appellee; Earl J. Kolb, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

Arthur Howell Knox, appellant, v. Adolph D. Weinthrop, appellee. Gen. No. 28,531.

Suit by architect for breach of contract for services. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Laurence B. Jacobs, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed November 27, 1923.

A. S. and E. W. Froehlich, for appellant. Levinson and Hoffman, for appellee; Harry C. Levinson and W. H. Gallagher, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

William R. Firnhaber, appellee, v. City of Chicago et al., appellants. Gen. No. 28,608.

Mandamus for requisitions for ten captains of fire department of City of Chicago, to appoint petitioner to position of captain, or, alternatively, that he be paid salary of $2,700 per annum. Writ awarded as prayed. Appeal from the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923.

Reversed with a finding of facts. Opinion filed November 27, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Francis X. Busch, Corporation Counsel, for appellants; Gilbert Giles Ogden, Assistant Corporation Counsel, and Cora B. Hirtzel, Assistant Corporation Counsel, of counsel. A. D. Gash, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

George Calbow, appellee, v. City of Chicago et al., appellants. Gen. No. 28,609.

Mandamus for requisitions for ten captains of fire department of City of Chicago, to appoint petitioner to position of captain, or, alternatively, that he be paid salary of $2,700 per annum. Writ awarded as prayed. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Reversed with a finding of facts. Opinion filed November 27, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Francis X. Busch, Corporation Counsel, for appellants; Gilbert Giles Ogden, Assistant Corporation Counsel, and Cora B. Hirtzel, Assistant Corporation Counsel, of counsel. A. D. Gash, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

William Parks, appellee, v. City of Chicago et al., appellants. Gen. No. 28,611.

Mandamus for requisitions for ten captains of fire department of City of Chicago, to appoint petitioner to position of captain, or, alternatively, that he be paid salary of $2,700 per annum. Writ awarded as prayed. Appeal from the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Reversed with a finding of facts. Opinion filed November 27, 1923.

Francis X. Busch, Corporation Counsel, for appellants; Gilbert Giles Ogden, Assistant Corporation Counsel, and Cora B. Hirtzel, Assistant Corporation Counsel, of counsel. A. D. Gash, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Edward E. Gore, appellant, v. National Association of Certified Public Accountants et al., appellees. Gen. No. 28,416.

Application for solicitors' fees on dissolution of preliminary injunction. Order granted. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed November 27, 1923. Rehearing denied December 8, 1923.

McKinney, Lynde & Grear, for appellant; Cornelius Lynde, of counsel. Thomas H. Maddock, Jacob H. Jaffe and Vincent J. Green, for appellees.

Mr. Justice Fitch delivered the opinion of the court.

---

Regina Feder, appellant, v. Midland Casualty Company, appellee. Gen. No. 28,426.

Suit on accident insurance policy. Judgment for defendant company. Appeal from the Circuit Court of Cook county; the Hon. E.